UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON, JR., *et al.*, | |
| Plaintiffs, | Case No. C15-1497-RAJ |
| v. | ORDER DISMISSING ACTION |
| BENCH, *et al.*, | |
| Defendants. | |

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiffs' complaint (Dkt. 12) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

(3) The motions to amend submitted by Plaintiff Bobby Lee Dickerson, Jr. (Dkts. 15 and 16) are DENIED as moot;

(4) Plaintiff Bobby Lee Dickerson, Jr.'s various motions filed subsequent to the Report and Recommendation are not responsive to the issues noted in the Report and

ORDER DISMISSING ACTION - 1

Recommendation (Dkts. 17-28). Nor do they provide the Court any basis for granting any type of relief. Consequently, those motions are DENIED as moot; and

(5)   The Clerk is directed to send copies of this Order to plaintiffs and to the Honorable Mary Alice Theiler.

DATED this 11th day of February, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION - 2